2011-34669
FILED
December 02, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003929533

Douglas B. Jacobs, 084153
JACOBS, ANDERSON, POTTER & CHAPLIN
20 Independence Circle
Chico, CA 95973
Phone: 530-342-6144
Fax: 530-342-6310

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

In Re:

ALBERT SMITH,

    Debtor.

Case No: 11-34669-A-13J

MCN: DBJ -2

**AMENDED
ORDER GRANTING AVOIDANCE OF LIEN**

Date: November 21, 2011
Time: 1:30 p.m.
Dept: A
Judge: McManus

    Upon consideration of the motion of Albert Smith, the debtor herein, to avoid the judgment lien of First National Bank of Omaha, recorded in the official records of Colusa County recording, serial number 2011-0002072, on the property of Albert Smith, more commonly known as 436 10th Street, Colusa, California.

    IT IS ORDERED that the lien be avoided.

Dated: December 02, 2011

By the Court

/s/ Michael S. McManus
Michael S. McManus
United States Bankruptcy Judge
U.S. BANKRUPTCY COURT JUDGE

RECEIVED
November 30, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003929533